CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
<u>Mail</u>: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

WILLIAM R. MITCHELL (SBN: 101858)
bill@wrmbizlaw.com
WILLIAM R. MITCHELL, INC.
1 Venture, Suite 235
Irvine, CA 92618
Telephone: (949) 679-6920
Facsimile: (949) 398-7300
Attorney for Defendants
EB Foods HP Corporation and EB HP LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA<br><br>    Plaintiff,<br><br>  v.<br><br>EB FOODS HP CORPORATION, a California Corporation;<br>EB HP LLC, a California Limited Liability Company<br><br>    Defendants. | Case: 2:21-cv-00681-ODW-PD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 17, 2021           CENTER FOR DISABILITY ACCESS

                                              By: /s/ Amanda Seabock
                                                   Amanda Seabock
                                                   Attorneys for Plaintiff

Dated: August 17, 2021           WILLIAM R. MITCHELL, INC.

                                            By: /s/ William R. Mitchell
                                               William R. Mitchell
                                               Attorneys for Defendants
                                               EB Foods HP Corporation and EB HP LLC


## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to William R. Mitchell counsel for EB Foods HP Corporation and EB HP LLC, and that I have obtained Mr. Mitchell's authorization to affix his electronic signature to this document.

Dated: August 17, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff